IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHARON MARIE WINSTON | : | CASE NO.: 15-66160 JRS |
| | : | |
| | : | |
| Debtor(s). | : | |

**REPORT OF CHAPTER 7 TRUSTEE OF ASSETS
AND REQUEST FOR BAR DATE**

COMES NOW S. Gregory Hays, Chapter 7 Trustee, and reports to the Court that he has recovered assets for distribution to creditors and hereby requests that the Court set a bar date for claims.

This 28 June 2016

/s/
_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, NE
Suite 200
Atlanta, GA 30326
(404) 926-0060