**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Sharon Marie Winston**
1117 Berryhilll Drive
Lithonia, GA 30058

Case No.: **15−66160−jrs**
Chapter:  **7**
Judge:  **James R. Sacca**

xxx−xx−8139

**NOTICE SETTING DEADLINE FOR
FILING PROOFS OF CLAIM**

   You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

   Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **09/27/16**

Government proof of claim: **09/27/16**

File with:
United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

   Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  June 29, 2016

Form ntcpoc