B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re: Sharon Winston

Case No. 15-66160

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LCS Capital, LLC | SallieMae |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

LCS Capital LLC
C/O LCS Financial Services Corporation
6782 S. Potomac St. Ste 100
Centennial, CO  80112

Court Claim # (if known): 2-1
Amount of Claim: $24,725.67

Date Claim Filed: 7/22/2015

Phone: 866-662-9087

Phone: NA

Last Four Digits of Acct #: 8139

Last Four Digits of Acct. #: 8139

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Renee L Brinkley                    Date: January 22, 2020
        Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571