

**IT IS ORDERED as set forth below:**

**Date: March 9, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHARON MARIE WINSTON, | : | CASE NO. 15-66160-JRS |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT BETWEEN TRUSTEE AND DEBTOR UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On February 4, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Sharon Marie Winston ("**Debtor**"), filed his *Motion for Order Authorizing Settlement between Trustee and Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 39] (the "**Motion**"), seeking an order approving a settlement agreement (the "**Settlement Agreement**") between Trustee and Debtor related to Debtor's interest in a certain whole life insurance Policy and certain improved real

14739778v1

property with a common address of address of 1117 Berry Hill Drive, Lithonia, GA 30058 (the "**Property**").[1]

More specifically, under the terms of the Settlement Agreement, *inter alia*,[2] Debtor will liquidate her interest in the Cash Value of the Policy and transfer $32,143.90 to Trustee, which shall be available for distribution by Trustee in accordance with 11 U.S.C. § 726, and Debtor will amend her claimed exemptions in the Cash Value of the Policy to a claim of $0. In addition, Trustee will abandon the interest of the Bankruptcy Estate in and to the Property upon the later of: (a) Trustee's receipt in full of the Transfer in the amount of $32,143.90 from Debtor in good funds; or (b) this Settlement Approval Order becoming final.  The complete terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On February 5, 2020, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 40] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on February 5, 2020.  [Doc. No. 41].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no

---

[1]   Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

[2]   The following is a summary of the Settlement Agreement and is not intended to be comprehensive.  To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the Settlement Agreement controls.

14739778v1

further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein.  It is further

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement Agreement.  It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

### [END OF DOCUMENT]

**Order prepared and presented by**:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-7030
Email: michael.bargar@agg.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

14739778v1

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Sharon Marie Winston
1117 Berryhilll Drive
Lithonia, GA 30058

Lauren A. Drayton
The Semrad Law Firm, LLC
303 Perimeter Center North, #201
Atlanta, GA 30346

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

14739778v1