UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHARON MARIE WINSTON, | : | CASE NO. 15-66160-JRS |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

This is to certify that on September 23, 2020, I, Michael J. Bargar, caused to be served a true and correct copy of the *Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 50] by first class United States Mail, postage prepaid, on all of those entities set forth at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Sharon Marie Winston
1117 Berryhilll Drive
Lithonia, GA 30058

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Lauren A. Drayton
The Semrad Law Firm, LLC
303 Perimeter Center North, #201
Atlanta, GA 30346

This is to certify further that on September 23, 2020, I, Michael J. Bargar, caused to be served true and correct copies of the *Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 50] by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

This 23rd day of September, 2020.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

15562043v1

**EXHIBIT "A" FOLLOWS**

15562043v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-66160-jrs<br>Northern District of Georgia<br>Atlanta<br>Wed Sep 23 10:31:12 EDT 2020 | Arnall Golden Gregory, LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 |
| Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Department of Justice, Tax Div<br>Civil Trial Section, Southern<br>PO Box 14198; Ben Franklin Sta<br>Washington, DC 20044-4198 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 200<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326-1420 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Hays Financial Consulting, LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305-4909 |
| Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| LCS Capital<br>C/O LCS Financial Services Corporation<br>6782 S Potomac St<br>Suite 100<br>Centennial, CO 80112-4585 | LCS Capital, LLC<br>C/O LCS Financial Services Corporation<br>6782 S. Potomac St # 100<br>Centennial, CO 80112-4585 | Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Jonathan A. Proctor<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4322 | Special Assistant U.S. Attorne<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 | Synchrony Bank/ JC Penney<br>Attn: Bankruptcy Dept<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | United States Attorney's Offic<br>75 Spring Street, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Wells Fargo<br>PO Box 48724<br>Kansas City, MO 64188 | Sharon Marie Winston<br>1117 Berryhilll Drive<br>Lithonia, GA 30058-3016 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Bankruptcy Unit<br>1800 Century Blvd. Suite 17200<br>Atlanta, GA 30345-3205 | Unvl/citi<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 |