

**IT IS ORDERED as set forth below:**

Date: October 16, 2020

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHARON MARIE WINSTON, | : | CASE NO. 15-66160-JRS |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING TRUSTEE'S MOTION TO PAY EXCESS LIFE INSURANCE PROCEEDS TO DEBTOR**

On September 21, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Sharon Marie Winston ("**Ms. Winston**"), filed *Trustee's Motion to Pay Excess Life Insurance Proceeds to Debtor* [Doc. No. 49] (the "**Motion**") seeking an order authorizing Trustee to pay Ms. Winston $1,365.75 in excess cash value of a certain Life Insurance Policy[1] over and above what the Bankruptcy Estate was entitled to under the terms of a Settlement Agreement previously approved by order of the Court.

---

[1]    Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion [Doc. No. 49].

1

15540879v1

On September 23, 2020, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 50] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on September 23, 2020.  [Doc. No. 51].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: Trustee is authorized to pay Ms. Winston $1,365.75 in excess funds that Trustee received from the cash value of the Life Insurance Policy.

### [END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone:  (404) 873-7030

15540879v1

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Sharon Marie Winston
1117 Berryhilll Drive
Lithonia, GA 30058

Lauren A. Drayton
The Semrad Law Firm, LLC
303 Perimeter Center North, #201
Atlanta, GA 30346

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

15540879v1