UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHARON MARIE WINSTON, | : | CASE NO. 15-66160-JRS |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 16th day of March, 2021.

                                                            */s/ S. Gregory Hays*
                                                            S. Gregory Hays
                                                            Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | CITIBANK<br>PO BOX 790034<br>ST LOUIS, MO 63179-0034 | Citibank/The Home Depot<br>Citicorp Credit Srvs<br>Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Dept of Justice, Tax Div<br>Civil Trial Section, Southern<br>PO Box 14198<br>Ben Franklin Sta<br>Washington, DC 20044 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| GA Department of Revenue<br>Bankruptcy Unit<br>1800 Century Blvd.<br>Suite 17200<br>Atlanta, GA 30345-3205 | GA Dept of Revenue<br>Compliance Division<br>Arcs Bankruptcy<br>1800 Century Blvd NE, Ste 9100<br>Atlanta, GA 30345-3202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 | Jonathan A. Proctor<br>The Semrad Law Firm, LLC<br>Suite 300<br>303 Perimeter Center North<br>Atlanta, GA 30303-1404 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 |
| LCS Capital, LLC<br>c/o LCS Financial Services Corp<br>6782 S. Potomac St # 100<br>Centennial, CO 80112-4585 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 | Office of the Atty General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 |
| Office of the US Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PYOD, LLC its succ. And<br>assigns assi of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Sallie Mae<br>300 Continental Dr<br>Newark, DE 19713-4322 |
| Sharon Marie Winston<br>1117 Berryhilll Drive<br>Lithonia, GA 30058-3016 | Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 | Synchrony Bank<br>JC Penney<br>Attn: Bankruptcy Dept<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Unvl/citi<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 |
| US Attorney's Offic<br>75 Ted Turner Deive, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 | Wells Fargo<br>PO Box 48724<br>Kansas City, MO 64188 | |